**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Iowa** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Young, ReShonda Nicole** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-4820** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**146 Summit Avenue**<br>**Waterloo, IA 50701** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Black Hawk** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Young, ReShonda Nicole**

FORM B1, Page 2

10/07/05  1:27PM

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ ReShonda Nicole Young**
Signature of Debtor **ReShonda Nicole Young**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October  7, 2005**
Date

### Signature of Attorney

X    **/s/ John J. Scieszinski**
Signature of Attorney for Debtor(s)
**John J. Scieszinski 485745799**
Printed Name of Attorney for Debtor(s)
**Scieszinski Law Office**
Firm Name
**1135 Army Post Road
Suite 600
Des Moines, IA 50315-5511**
Address                    Email: scieslaw@qwest.net
**515-277-6333  Fax: 515-255-5270**
Telephone Number
**October  7, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ John J. Scieszinski        October  7, 2005**
Signature of Attorney for Debtor(s)      Date
**John J. Scieszinski 485745799**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Southern District of Iowa

In re    **ReShonda Nicole Young**
_____,        Case No. _____
                                                        Debtor

                                                        Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | 222,790.00 | | |
| B - Personal Property | Yes | 4 | 15,406.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 219,031.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 76,333.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,648.94 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,659.10 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | Total Assets | | 238,196.00 | | |
| | | Total Liabilities | 295,364.00 | | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **ReShonda Nicole Young**                                              ,    Case No. _____

                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead:  Locally known as:**<br>**146 Summit Avenue  (Built in 1919  - 960 square feet)**<br>**Waterloo, Iowa 50701**<br><br>**Legally known as:**<br>**Black Hawk County Parcel Number #8913-27-430-018**<br>**Gross Assessed Value:  $66,990.00**<br>**Lot 10, Jens and McQuilkins Subdivision, now included in and forming a part of the City of Waterloo, County of Black Hawk, State of Iowa** | **Fee simple** | **-** | **66,990.00** | **3,300.00** |
| **Rental Property: Locally known as:**<br>**637-639 Home Park Blvd.  (Built 1955 - 1,368 square feet)**<br>**Waterloo, Iowa 50701**<br><br>**Legally known as:**<br>**Black Hawk County Assessor #8913-27-458-001**<br>**Gross Assessed Value: $95,300.00**<br>**Lot 8, Block 8, Home Park Second Addition, an Official Plat, now included in and forming a  part of the City of Waterloo, County of Black Hawk, State of Iowa.** | | **-** | **95,300.00** | **8,975.00** |

Sub-Total >    **162,290.00**    (Total of this page)

__1__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **ReShonda Nicole Young**                                                    , Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY
## (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Property:  Locally known as:** <br> **322 East Louise Street  (Built 1929 - 1,215 square feet)** <br> **Waterloo, Iowa 50703** <br><br> **Legally known as:** <br> **Black Hawk County Assessor #8913-13-153-002** <br> **Gross Assessed Value: $39,700.00** <br> **West 65 Feet of Lot 1 Block 3 and West 65 Feet of Lot 2 Block 3, Logan Dale Heights,  and Official Plat now included in and forming a part of the City of Waterloo,** <br> **County of Black Hawk, State of Iowa.** | **Fee simple** | - | **39,700.00** | **1,800.00** |
| **Rental Property:  Locally known as:** <br> **1916 City View Street  (Built 1947 - 554 square feet)** <br> **Waterloo, Iowa 50707** <br><br> **Legally known as:** <br> **Black Hawk County Assessor #8912-19-253-123** <br> **Gross Assessed Value $20,800.00** <br> **North 61 feet South 183 feet West 135 Feet Block 17, City View Heights, and Official Plat  now included in and forming a part of the City of Waterloo, County of Black Hawk,** <br> **State of Iowa** | **Equitable interest** | - | **20,800.00** | **16,520.00** |

| | | |
|---|---|---|
| Sub-Total > | **60,500.00** | (Total of this page) |
| Total > | **222,790.00** | |

Sheet __1__ of __1__ continuation sheets attached
to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **ReShonda Nicole Young**                           ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **John Deere Credit Union** **Waterloo, Iowa** **Acct#1410180** | - | 10.00 |
| | | | **John Deere Credit Union** **Waterloo, Iowa** | - | 10.00 |
| | | | **Readlyn Savings Bank** **Readlyn, Iowa** **Acct#265519** | - | 1.00 |
| | | | **Region's Bank** **Waterloo, Iowa** **Acct#3100222220** | - | 20.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Set $50, Dining Room Set $25, Bedroom Set $150, Bedroom Set $30, Fridge $100, TV $50, VCR $5, Radio $5, Kitchen supplies $20, Computer and printer $50.** | - | 485.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books** | - | 10.00 |
| 6. | Wearing apparel. | | **Clothing and misc jewelry.** | - | 50.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total &gt;       <b>606.00</b><br>(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **ReShonda Nicole Young**                                    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term only, one through work and one personally purchased.** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **401K Plan**<br>**Progressive Insurance Company**<br>**Waterloo, Iowa** | - | **4,000.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **So Sick, Inc., A New York Corporation**<br>**New York City, New York**<br>**Company is all but defunct and is currently in litigation, in New York, with a former principal of the company, who continues the corporation's former business enterprises, ie: music recording and promotion.**<br><br>**The case is pending in the Supreme Court of the County and State of New York, case Number 04/6036984. The case is titled: Reshonda Young and So Sick, Inc. vs. Walter Randall and Justin Wertz. The Honorable Judge Rossalyn Richter is presiding. It is set for trial the week of October 10, 2005.** | - | **Unknown** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **4,000.00**
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **ReShonda Nicole Young**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending action in New York Court regarding So Sick, Inc.** | - | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Oldsmobile Aurora 62,000 miles** | - | 10,800.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >            10,800.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **ReShonda Nicole Young**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **15,406.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **ReShonda Nicole Young**                                        Case No. _____
                                                        ,
                                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead: Locally known as: 146 Summit Avenue (Built in 1919 - 960 square feet) Waterloo, Iowa 50701** | **Iowa Code §§ 561.2, 561.16, 499A.18** | **58,470.00** | **66,990.00** |
| **Legally known as: Black Hawk County Parcel Number #8913-27-430-018 Gross Assessed Value: $66,990.00 Lot 10, Jens and McQuilkins Subdivision, now included in and forming a part of the City of Waterloo, County of Black Hawk, State of Iowa** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **Iowa Code § 627.6(13)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **John Deere Credit Union Waterloo, Iowa Acct#1410180** | **Iowa Code § 627.6(13)** | **10.00** | **10.00** |
| **John Deere Credit Union Waterloo, Iowa** | **Iowa Code § 627.6(13)** | **10.00** | **10.00** |
| **Readlyn Savings Bank Readlyn, Iowa Acct#265519** | **Iowa Code § 627.6(13)** | **1.00** | **1.00** |
| **Region's Bank Waterloo, Iowa Acct#3100222220** | **Iowa Code § 627.6(13)** | **20.00** | **20.00** |
| **Household Goods and Furnishings** | | | |
| **Living Room Set $50, Dining Room Set $25, Bedroom Set $150, Bedroom Set $30, Fridge $100, TV $50, VCR $5, Radio $5, Kitchen supplies $20, Computer and printer $50.** | **Iowa Code § 627.6(5)** | **435.00** | **485.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. books** | **Iowa Code § 627.6(3)** | **10.00** | **10.00** |
| **Wearing Apparel** | | | |
| **Clothing and misc jewelry.** | **Iowa Code § 627.6(1)** | **50.00** | **50.00** |
| **Interests in Insurance Policies** | | | |
| **Term only, one through work and one personally purchased.** | **Iowa Code §§ 509.12, 509A.9** | **0.00** | **Unknown** |

____1____ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **ReShonda Nicole Young**                                    Case No. _____
_____,
Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K Plan** | **Iowa Code § 627.6(8)(e) & (f)** | **4,000.00** | **4,000.00** |
| **Progressive Insurance Company** | | | |
| **Waterloo, Iowa** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Oldsmobile Aurora** | **Iowa Code § 627.6(9)** | **5,000.00** | **10,800.00** |
| **62,000 miles** | | | |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re   **ReShonda Nicole Young** _____,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-xx3-002**<br><br>Black Hawk County Treasurer<br>318 East 5th Street<br>Waterloo, IA 50703 | | - | **2004**<br>**Property tax liens**<br>Rental Property: Locally known as:<br>322 East Louise Street  (Built 1929 - 1,215 square feet)<br>Waterloo, Iowa 50703<br>Legally known as:<br>Black Hawk County Assessor | | X | | | |
| | | | Value $ 39,700.00 | | | | 1,800.00 | 0.00 |
| Account No. **xxxx-xx-xx8-001**<br><br>Black Hawk County Treasurer<br>318 East 5th Street<br>Waterloo, IA 50703 | | - | **2004**<br>**Property tax lien**<br>Rental Property: Locally known as:<br>637-639 Home Park Blvd.  (Built 1955 - 1,368 square feet)<br>Waterloo, Iowa 50701<br>Legally known as:<br>Black Hawk County Assessor | | X | | | |
| | | | Value $ 95,300.00 | | | | 4,500.00 | 0.00 |
| Account No. **xxxx-xx-xx0-018**<br><br>Black Hawk County Treasurer<br>318 East 5th Street<br>Waterloo, IA 50703 | | - | **2004**<br>**Propety tax lien.**<br>Homestead:  Locally known as:<br>146 Summit Avenue  (Built in 1919  - 960 square feet)<br>Waterloo, Iowa 50701<br>Legally known as:<br>Black Hawk County Parcel Number | | X | | | |
| | | | Value $ 66,990.00 | | | | 3,300.00 | 0.00 |
| Account No. **xxxx-xx-xx3-013**<br><br>Black Hawk County Treasurer<br>318 East 5th Street<br>Waterloo, IA 50703 | | - | **2004**<br>**Property tax**<br>Rental Property:  Locally known as:<br>1916 City View Street  (Built 1947 - 554 square feet)<br>Waterloo, Iowa 50707<br>Legally known as:<br>Black Hawk County Assessor | | X | | | |
| | | | Value $ 20,800.00 | | | | 1,020.00 | 0.00 |

   **2**   continuation sheets attached

Subtotal | 10,620.00
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    **ReShonda Nicole Young**                                              ,     Case No. _____
                                                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8883** | | | September, 2000 | | | | | |
| **City Corp Trust Bank** P.O. Box 168648 Irving, TX 75016 | | - | **First Mortgage** 637-639 Home Park Blvd. **Waterloo, Iowa 50701** | | X | | | |
| | | | Value $                95,300.00 | | | | 84,036.00 | 0.00 |
| Account No. **xxxxxxx-xxx1012** | | | September, 2000 Second Mortgage Rental Property: Locally known as: | | | | | |
| **City Financial** P.O. Box 6931 The Lakes, NV 88901 | | - | 637-639 Home Park Blvd.  (Built 1955 - 1,368 square feet) Waterloo, Iowa 50701 Legally known as: Black Hawk County Assessor | | X | | | |
| | | | Value $                95,300.00 | | | | 4,475.00 | 0.00 |
| Account No. | | | March, 2003 Deed of Trust/Real Estate Contract Rental Property:  Locally known as: | | | | | |
| **Cook, Mike and Mary** 3511 Sage Road Waterloo, IA 50703 | | - | 1916 City View Street  (Built 1947 - 554 square feet) Waterloo, Iowa 50707 Legally known as: Black Hawk County Assessor | | X | | | |
| | | | Value $                20,800.00 | | | | 15,500.00 | 0.00 |
| Account No. | | | **Purchase Money Security** | | | | | |
| **First Security State Bank** Dept. 2520 P.O. Box 2153 Birmingham, AL 35287-2520 | | - | **2001 Oldsmobile Aurora 62,000 miles** | | X | | | |
| | | | Value $                10,800.00 | | | | 11,000.00 | 200.00 |
| Account No. | | | 2004 | | | | | |
| **HSCB Bank** 1 HSCB Center First Floor Attn: Teresa Easton Buffalo, NY 14203-2844 | X | - | **Purchase Money Security** **Pending action in New York Court regarding So Sick, Inc.** | X | X | | | |
| | | | Value $                Unknown | | | | 0.00 | Unknown |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            115,011.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **ReShonda Nicole Young**                                                                     ,     Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxx & xxxxxxxx4061**<br><br>**Region's Bank**<br>**Waterloo, IA 50703** | - | | **January 21, 2005**<br>**First Mortgage**<br>**Homestead:**<br>**Locally known as:**<br>**146 Summit Avenue**<br>**Waterloo, Iowa 50701** | | X | | | |
| | | | Value $          **68,990.00** | | | | **64,900.00** | **0.00** |
| Account No. **xxxxxx2708**<br><br>**Region's Mortgage**<br>**Waterloo, IA 50703** | - | | **November, 2002**<br><br>**First Mortgage**<br><br>**322 East Louise Street**<br>**Waterloo, Iowa 50703** | | | | | |
| | | | Value $          **39,700.00** | | | | **28,500.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **93,400.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **219,031.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/05)

In re    **ReShonda Nicole Young**                                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re    **ReShonda Nicole Young**                                                    Case No. _____
                                                                        ,
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-7998**<br><br>**CITI Cards**<br>**P.O. Box 688902**<br>**Des Moines, IA 50368-8902** | - | | | | **2004**<br>**Credit card purchases** | | X | | 8,194.00 |
| Account No.<br><br>**Clerk of Supreme Court**<br>**City and County of New York**<br>**60 Centre Street, #700**<br>**New York, NY** | - | | | | **Pending case.** | X | X | | **Unknown** |
| Account No. **xxx5-335**<br><br>**Hall, Heraty, LLP**<br>**Attorney at Law**<br>**380 Lafeyette Street**<br>**3rd Floor - Suite 302**<br>**New York, NY 10003** | - | | | | **9/2/2005**<br>**Attorney representing debtor in pending New York litigation regarding So Sick, Inc.** | | X | | 820.00 |
| Account No. **xxx5-335**<br><br>**Heraty Hall**<br>**Attorney at Law**<br>**380 Lafayette Street**<br>**3rd Floor, Suite 302**<br>**New York, NY 10003** | - | | | | **9/12/2005**<br>**Debtor's attorney in dispute with former associate regarding So Sick, Inc.** | | X | | 819.00 |
| __1__    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **9,833.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                S/N:31537-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **ReShonda Nicole Young**                                              Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4390** | | - | | | 7/2004 Personal credit card. | | X | | |
| HSBC Bank, U.S.A., NA 186 East 96th Street New York, NY 10028 | | | | | | | | | 8,900.00 |
| Account No. **xxxx-xxxx-xxxx-2963** | | - | | | 6/2004 Business credit card of So Sick, Inc. | | X | | |
| HSBC Credit Card P.O. Box 37278 Baltimore, MD 21297-3278 | | | | | | | | | 1,600.00 |
| Account No. **xxxxx7802** | X | - | | | 6/24/2004 Banker for So Sick, Inc., a defunct corporation, in which Debtor was a  former stockholder.  The loan was SBA insured.  The funds were used to purchase recording equipment for a recording studio the corporation was starting. | X | X | | |
| HSBC NV P.O. Box 98706 Las Vegas, NV 89193-8706 | | | | | | | | | 56,000.00 |
| Account No. | | - | | | 2004 Disputed business relationship.  Former business partner/associate.  Law suit pending.  See explanation under personal property, stock in So Sick, Inc. | X | X | X | |
| Randall, Walter 315 West 39th Street #602 New York, NY 10018 | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **66,500.00**

Total
(Report on Summary of Schedules)       **76,333.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **ReShonda Nicole Young**                                              , Case No. _____
                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
              schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re    **ReShonda Nicole Young**                                                    ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randal Walter**<br>**315 West 39th Street**<br>**#600**<br>**New York, NY 10018**<br>  **Former business associate,**<br>  **in So Sick, Inc.** | **HSBC NV**<br>**P.O. Box 98706**<br>**Las Vegas, NV 89193-8706** |
| **Randal Walter**<br>**315 West 39th Street**<br>**#600**<br>**New York, NY 10018**<br>  **Co-Debtor and Defenant in pending action.** | **HSCB Bank**<br>**1 HSCB Center**<br>**First Floor**<br>**Attn: Teresa Easton**<br>**Buffalo, NY 14203-2844** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re **ReShonda Nicole Young** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Claims Representative** | |
| Name of Employer | **Progressive Insurance Co.** | |
| How long employed | **3 years** | |
| Address of Employer | **P.O. Box 94523** **Cleveland, OH 44101** | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 3,486.51 | $ N/A |
| Estimated monthly overtime | $ | 0.00 | $ N/A |
| SUBTOTAL | | $ 3,486.51 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 539.52 | $ N/A |
| b. Insurance | $ | 0.00 | $ N/A |
| c. Union dues | $ | 0.00 | $ N/A |
| d. Other (Specify) **See Detailed Income Attachment** | $ | 1,298.05 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 1,837.57 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,648.94 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ N/A |
| Income from real property | $ | 0.00 | $ N/A |
| Interest and dividends | $ | 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ N/A |
| Social security or other government assistance (Specify) | $ | 0.00 | $ N/A |
| | $ | 0.00 | $ N/A |
| Pension or retirement income | $ | 0.00 | $ N/A |
| Other monthly income (Specify) | $ | 0.00 | $ N/A |
| | $ | 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | | $ 1,648.94 | $ N/A |

TOTAL COMBINED MONTHLY INCOME        $ _____ 1,648.94        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re   **ReShonda Nicole Young**                                          Case No. _____
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **401K** | $ **244.05** | $ **N/A** |
| **Med 80%** | $ **28.00** | $ **N/A** |
| **Dental Ins.** | $ **750.00** | $ **N/A** |
| **Vision Ins.** | $ **6.00** | $ **N/A** |
| **Life (Term)** | $ **8.00** | $ **N/A** |
| **LTSP** | $ **230.00** | $ **N/A** |
| **SDRP** | $ **32.00** | $ **N/A** |
| **Total Other Payroll Deductions** | $ **1,298.05** | $ **N/A** |

In re   **ReShonda Nicole Young**  _____   Case No.  _____
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 540.00 |
| Are real estate taxes included? | Yes **X**   No ___ | |
| Is property insurance included? | Yes **X**   No ___ | |
| Utilities:        Electricity and heating fuel | $ | 140.00 |
|                       Water and sewer | $ | 25.00 |
|                       Telephone | $ | 26.00 |
|                       Other        **See Detailed Expense Attachment** | $ | 86.85 |
| Home maintenance (repairs and upkeep) | $ | 70.00 |
| Food | $ | 200.00 |
| Clothing | $ | 30.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 210.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 500.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                       Homeowner's or renter's | $ | 0.00 |
|                       Life | $ | 40.00 |
|                       Health | $ | 0.00 |
|                       Auto | $ | 72.00 |
|                       Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|                       (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|                       Auto | $ | 273.00 |
|                       Other | $ | 0.00 |
|                       Other | $ | 0.00 |
|                       Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other        **Business-related clothing w/company logo.** | $ | 20.00 |
| Other        **Part-time college student expenses.** | $ | 276.25 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   | $   2,659.10 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                       (interval) | | |

In re   **ReShonda Nicole Young** _____   Case No. _____
Debtor(s)

### SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Detailed Expense Attachment**

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable | $ | 16.95 |
| Cell phone | $ | 46.00 |
| Internet | $ | 23.90 |
| **Total Other Utility Expenditures** | $ | 86.85 |

# United States Bankruptcy Court
## Southern District of Iowa

In re  **ReShonda Nicole Young**

Debtor(s)

Case No.

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  7, 2005**

Signature  **/s/ ReShonda Nicole Young**

**ReShonda Nicole Young**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Southern District of Iowa

In re    **ReShonda Nicole Young** _____    Case No. _____

Debtor(s)    Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| $0.00 | 2005 | $26,813  Pay, year to date, not including business losses. |
| | 2004 | $27,500  Pay, not including business losses. |
| | 2003 | $32,693. Pay, not including business losses. |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Real estate.  Normally a loss situation, ie: the payments and properlty taxes and insurance exceed the rental income. |

**3. Payments to creditors**

None ■    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| R. Young vs. B. Taylor II<br>Black Hawk County CDDM 042580 | Dissolution of Marriage proceeding | Black Hawk County, Iowa | Decree entered |
| C. Brown, Et Al vs. C Ambrose, Et Al<br>Black Hawk County EQCV 082047 | Equitable Proceeding. | Black Hawk County, Iowa | Resolved |
| Reshonda Young vs. Ryan Davis<br>Black Hawk County SCSC 089793 | Small Claims | Black Hawk County, Iowa | Resolved. |
| R. Young vs. Kayser Plumbing<br>Black Hawk County SCSC 0096283 | Small Claims Proceeding | Black Hawk County, Iowa | Resolved |
| Reshonda Young vs. S. McGee<br>Black Hawk County SCSC 098986 and 099165 | Small Claims Proceedings | Black Hawk County, Iowa | Resolved |
| R. Young vs. A. Walker, Et Al<br>Black Hawk County SCSC 102320 | Small Claims Proceeding | Black Hawk County, Iowa | Resolved |
| R. Young vs. S. Harmon<br>Black Hawk County SCSC 106064 and 106205 | Small Claims Proceedings | Black Hawk County, Iowa | Resolved |
| Rashonda Young and So Sick, Inc. vs. Walter Randall and Justin Wertz<br>New York County and State Supreme Court Case #04/6036984 | Law action for acounting and appropriation of corporate assets by a principal, to the exclusion of Debtor, also a principal. | New York County, New York State | Pending, ready for trial. |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

4

#### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John J. Scieszinski Law Office 1135 Army Post Road Des Moines, IA 50315-5511** | **9/25/05  by Official Check recieved in the mail.** | **$209.00 filing fee $500.00 toward attorney fee** |

#### 10.  Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

#### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

### 15.  Prior address of debtor

None ☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **146 Summit Avenue**<br>**Waterloo, Iowa 50701** | | **January, 2005** |
| **315 Prospect Avenue**<br>**Apt. 3L**<br>**Booklyn, New York 11215** | | **June 15, 2004** |
| **639 Home Park Blvd**<br>**Waterloo, Iowa 50701** | | **September, 2000** |
| **909 Glenwood Street**<br>**Waterloo, Iowa 50703** | | **Birth to present (Mother's home)** |

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Bennie L. Taylor**
 **Arizona  (Address unknown)**
 **(Former husband - Married: December, 1996 - Divorced April 28, 2000)**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                    DOCKET NUMBER                            STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership,
       sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or
       in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the
       commencement of this case.
            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
       securities, within the **six years** immediately preceding the commencement of this case.
            If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity
       securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                 ADDRESS

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or otherwise self-employed.

       *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or
■      supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                 ADDRESS

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                              DATE ISSUED

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |

8

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                       TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **October 7, 2005**                     Signature    **/s/ ReShonda Nicole Young**

                                                      **ReShonda Nicole Young**

                                                      Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

10/07/05 1:27PM

Official Form 8
(12/03)

# United States Bankruptcy Court
### Southern District of Iowa

In re   **ReShonda Nicole Young** _____   Case No. _____
                                                    Debtor(s)        Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.   Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| **1.** | **Pending action in New York Court regarding So Sick, Inc.** | **HSCB Bank** |

Official Form 8
(12/03)

*b.  Property to Be Retained*                                                    *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | Rental Property:  Locally known as: 322 East Louise Street (Built 1929 - 1,215 square feet) Waterloo, Iowa 50703 Legally known as: Black Hawk County Assessor #8913-13-153-002 Gross Assessed Value: $39,700.00 West 65 Feet of Lo | **Black Hawk County Treasurer** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **2.** | Rental Property: Locally known as: 637-639 Home Park Blvd. (Built 1955 - 1,368 square feet) Waterloo, Iowa 50701 Legally known as: Black Hawk County Assessor #8913-27-458-001 Gross Assessed Value: $95,300.00 Lot 8, Block 8, Ho | **Black Hawk County Treasurer** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **3.** | Homestead:  Locally known as: 146 Summit Avenue (Built in 1919 - 960 square feet) Waterloo, Iowa 50701 Legally known as: Black Hawk County Parcel Number #8913-27-430-018 Gross Assessed Value: $66,990.00 Lot 10, Jens and McQu | **Black Hawk County Treasurer** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **4.** | Rental Property:  Locally known as: 1916 City View Street  (Built 1947 - 554 square feet) Waterloo, Iowa 50707 Legally known as: Black Hawk County Assessor #8912-19-253-123 Gross Assessed Value $20,800.00 North 61 feet South 18 | **Black Hawk County Treasurer** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **5.** | 637-639 Home Park Blvd. Waterloo, Iowa 50701 | **City Corp Trust Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **6.** | Rental Property: Locally known as: 637-639 Home Park Blvd.  (Built 1955 - 1,368 square feet) Waterloo, Iowa 50701 Legally known as: Black Hawk County Assessor #8913-27-458-001 Gross Assessed Value: $95,300.00 Lot 8, Block 8, Ho | **City Financial** | **Debtor will retain collateral and continue to make regular payments.** | | |

Official Form 8
(12/03)

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 7. | **Rental Property: Locally known as: 1916 City View Street (Built 1947 - 554 square feet) Waterloo, Iowa 50707** **Legally known as: Black Hawk County Assessor #8912-19-253-123 Gross Assessed Value $20,800.00 North 61 feet South 18** | **Cook, Mike and Mary** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 8. | **2001 Oldsmobile Aurora 62,000 miles** | **First Security State Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 9. | **Homestead: Locally known as: 146 Summit Avenue Waterloo, Iowa 50701** | **Region's Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 10. | **322 East Louise Street Waterloo, Iowa 50703** | **Region's Mortgage** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date  **October  7, 2005**

Signature  **/s/ ReShonda Nicole Young**

**ReShonda Nicole Young**

Debtor

# United States Bankruptcy Court
### Southern District of Iowa

In re   **ReShonda Nicole Young** _____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................... $ _____**1,000.00**

Prior to the filing of this statement I have received................................. $ _____**500.00**

Balance Due.......................................................................................... $ _____**500.00**

2.  $ ___**209.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 7, 2005** _____   **/s/ John J. Scieszinski** _____
**John J. Scieszinski 485745799**
**Scieszinski Law Office**
**1135 Army Post Road**
**Suite 600**
**Des Moines, IA 50315-5511**
**515-277-6333  Fax: 515-255-5270**
**scieslaw@qwest.net**

# United States Bankruptcy Court
### Southern District of Iowa

In re    **ReShonda Nicole Young**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address

List (creditor matrix), consisting of    **3**    pages, and that it is true and correct to the best of my

(our) knowledge, information, and belief.

Date:    **October  7, 2005**

**/s/ ReShonda Nicole Young**

**ReShonda Nicole Young**

Signature of Debtor

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Black Hawk County Treasurer
318 East 5th Street
Waterloo, IA 50703

CITI Cards
P.O. Box 688902
Des Moines, IA 50368-8902

Citi Cards
P.O. Box 6405
The Lakes, NV 88901-6405

Citi Cards
P.O. Box 182532
Columbus, OH 43218-2532

Citi Cards
P.O. Box 6004
The Lakes, NV 89163-6004

CitiCards
P.O. Box 600
The Lakes, NV 89163-6000

City Corp Trust Bank
P.O. Box 168648
Irving, TX 75016

City Financial
P.O. Box 6931
The Lakes, NV 88901

Clerk of Supreme Court
City and County of New York
60 Centre Street, #700
New York, NY

Cook, Mike and Mary
3511 Sage Road
Waterloo, IA 50703

First Security State Bank
Dept. 2520
P.O. Box 2153
Birmingham, AL 35287-2520

First Security State Bank
3229 Greenhill Circle
Cedar Falls, IA 50613

Hall, Heraty, LLP
Attorney at Law
380 Lafeyette Street
3rd Floor - Suite 302
New York, NY 10003

Heraty Hall
Attorney at Law
380 Lafayette Street
3rd Floor, Suite 302
New York, NY 10003

Honorable Rosalyn Richter
% Clerk of Supreme Court
City and County of New York
60 Centre Street, #700
New York, NY

HSBC Bank, U.S.A., NA
186 East 96th Street
New York, NY 10028

HSBC Card
Attn: Exception Dept.
1352 Charwood Road
Hanover, MD 21076

HSBC Card
P.O. Box 17332
Baltimore, MD 21297

HSBC Credit Card
P.O. Box 37278
Baltimore, MD 21297-3278

HSBC NV
P.O. Box 98706
Las Vegas, NV 89193-8706

HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197-5244

HSCB Bank
1 HSCB Center
First Floor
Attn: Teresa Easton
Buffalo, NY 14203-2844

HSCB Bank
1 HSCB Center
First Floor
Attn: Teresa (Terry) Eaton
Buffalo, NY 14203-2844

Randall, Walter
315 West 39th Street
#602
New York, NY 10018

```
Region's Bank
Waterloo, IA 50703


Region's Mortgage
Waterloo, IA 50703
```