SD Ia-201 (12/02)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 05-08425-LMJ7 |
| **YOUNG, RESHONDA NICOLE** | ) | |
| | ) | **NOTICE OF INTENT TO SELL** |
| | ) | **PROPERTY AND BAR DATE NOTICE** |
| Debtor(s) | ) | January 4, 2006 |

The undersigned Trustee of the estate of the debtor named above, subject to objection under Federal Rules of Bankruptcy Procedure, Rules 6004(b) and 9014, will sell the following property of the estate:

Non-exempt equity in rental property locally known as:
1916 City View Street, Waterloo, IA
322 East Louise Street, Waterloo, IA

to the following purchaser:  ReShonda Young

for the following consideration: $2,000.00

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; the debtor(s); and counsel for debtor(s).  Any objection must be  filed with the Clerk of Bankruptcy Court at P.O. Box 9264, Des Moines, Iowa 50306-9264 within 20 days of the date of this notice and report.

*/s/    Donald F. Neiman*
Donald F. Neiman, Trustee, Trustee