SD Ia-110 (12/02)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 05-08425-LMJ7 |
| **YOUNG, RESHONDA NICOLE** ) | |
| ) | **FINAL ACCOUNT AND REQUEST** |
| ) | **FOR DISCHARGE OF TRUSTEE** |
| Debtor(s) ) | |

    1.    The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered. A trustee's Final Report and Proposed Distribution has been filed and disbursements have been completed in accordance with the Final Report.

    2.    The trustee's distribution of gross receipts of $2,512.70 including interest of $3.46 earned since the filing of the Final Report is summarized below:

| | | |
|---|---|---|
| $ 628.18 | a. | Trustee Compensation |
| $ 0.00 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 0.00 | d. | Other Professionals |
| $ 63.05 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 1,821.47 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors -- i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ 2,512.70 | j. | SUBTOTAL (sum of lines a through i) |
| $ 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ 2,512.70 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

    3.    All bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee. No funds or assets of the estate remain after payment of unclaimed dividends to the Court Registry Fund.

    4.    The undersigned trustee certifies to the Court that prior to electronically filing this Final Report, the same has been transmitted to the Office of the United States Trustee, who has reviewed the Final Report and authorized its filing with the Court.

       5.      Therefore, pursuant to Federal Rules of Bankruptcy Procedure, Rule 5009, the trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

                                                                  */s/     Donald F. Neiman*
                                                                  Donald F. Neiman, Trustee
                                                                  IS #9999933
                                                                  801 Grand Avenue, Suite 3700
                                                                  Des Moines, IA  50309-8004

                                                                  Telephone:  1-515-246-5877